United States District Court
Southern District of Texas

**ENTERED**

May 25, 2022

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **JAMES ANDREW NEWTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| **TEJAS RESEARCH & ENGINEERING,** | ) | |
| **LLC** | ) | **Civil Action No.  4:21-cv-01234** |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| | ) | |

### ORDER OF DISMISSAL

Considering the parties' Joint Motion to Dismiss with Prejudice and proposed Order thereon;

IT IS HEREBY ORDERED that the motion is GRANTED and this action is dismissed, with prejudice, with each party to bear his/its own attorneys' fees and costs.  The Court reserves jurisdiction to enforce the settlement agreement between the parties, if necessary.

Signed in Houston, Texas, this **25th** day of _May_____, 2022.

_____
JUDGE, UNITED STATES DISTRICT COURT

4862-2360-2975 v1